## J. ABBOTT THOMPSON, APPELLEE, V. S. H. KYNER ET AL., APPELLANTS.

## ELIZABETH P. AVERY, APPELLEE, V. S. H. KYNER ET AL., APPELLANTS.

## WATSON GIBBONS, APPELLEE, V. S. H. KYNER ET AL., APPELLANTS.

FILED FEBRUARY 2, 1898.   Nos. 7715, 7716, 7717.

Payment of Mortgage to Mortgagee's Agent Not Made: EVIDENCE. The evidence in the case of Thompson against Kyner examined, and *held* to sustain the judgment of the district court; and upon stipulation of the respective parties interested the judgment in each of the three cases is affirmed.

APPEALS from the district court of Brown county. Heard below before BARTOW, J. *Affirmed.*

*J. S. Davisson* and *W. J. Courtright,* for appellants.

*C. C. Flansburg, contra.*

OPINION by RYAN, C., in the case next following.